# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

FILED
FEB 1 9 2008  NF
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

R

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** KHALED OBEID

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Defendant's Attorney:**
Khaled Obeid
#14164-424
Elkton
P.O. Box 10
Lisbon, OH 44432

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 1016
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes ☑ No

**Signature:** A. E. Woodham   **Date:** 02/19/2008

Manning  02 CR 38-2
needs Mag. Jdl.