UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
FEB 1 9 2008
Feb 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America
    Respondent,

v.

Case No. CR- 1:02-cr-00038

Honorable Judge Blanche M. Manning

Khaled Obeid
    Defendant
_____/

08CV 1016
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

State of Illinois )
                )
                )

**AFFIDAVIT OF KHALED OBEID**

I Khaled Obeid, hereby depose and certify under penalty of perjury pursuant to 28 U.S.C. 1746, that the following is true and correct to the best of my knowledge, information, and beleif.

1.) That, on or about March 2004, Counsel William Murphy discussed with me about entering a Rule 11(c)(1)(c) Plea Agreement with the United States Attorney. **I so swear and will testify in Court if required to do so.**

2.) That, during the discussions of the plea agreement I informed Counsel Murphy that I was not proficient in the English Language and did not totally understand Certain terminology that was being used. Words like Waive, Conspiracy, Proceed and major sections of the Agreement, including how much time I would recieve. I just could not Comperhend this terminology in the English Language. **I so swear and will testify in Court if required to do so.**

(1)

3.) That, I ask Counsel could he get me a translator to interpret the plea agreement for me. **I so swear and will testify in Court if required to do so.**

4.) That, Counsel responded to me by misleading me into the agreement. He stated that If I plead guilty to Count One and Nine, and cooperated fully with the Government. I would recieve a 55%percent downward departure. Since I was a Criminal History 1 and my base offense would be 39, I would recieve a total sentence of 144 months. He never explain to me what consipiracy meant nor Waive. He mention that the phrase proceed in Count Nine meant gross income of my legitmate business of Harlem Motors. **I so swear and will testify in Court if required to do so.**

5.) That, After this conversation with him I still complain about understanding the above stated language and requested to get me some help. **I so swear and will testify in Court if required to do so.**

6.) That, After talking with a "Jailhouse Lawyer" I learned about some of the mistakes in my plea agreement and shortly thereafter I asked that he "Mr.Murphy withdraw from my case. **I so swear and will testify in Court if required to do so.**

7.) That, I have tried numerous times to get a proper interpretation of my plea agreement, but was never provided with a translator. **I so swear and will testify in Court if required to do so.**

8.) That, if I had a true translation of the plea agreement I

(2)

would have made a different decision. I **so swear and will testify in Court if required to do so.**

9.) That, I told Attorney Murphy and Attorney's thereafter that I wanted to withdraw my plea. Sadly, I was never understood. I so **Swear and will testify in Court if required to do so.** PLEASE SEE ATTACHMENT.

PETITIONER FURTHER SAYETH NOTHING!!!

IF ANYONE WISHES TO DISPUTE THIS AFFDAVIT MUST DO SO POINT FOR POINT, WORD FOR WORD, AND CATEGORICALLY.

Excuted this day ___11___, 2008 by ___*Khaled Obeid*___
                                                               Khaled Obeid

1/06/04

**FILED**
JAN 14 2005
Judge Blanche M. Manning
United States District Court

Case # 02-CR-38-2

To: Honorable Judge M. Manning

My name is Khaled Obeid and I writting because I would like to have my attorney William Murphy removed from my case. I feel that he has mislead me and there is an lack of communication he refuses to file motions to withdraw my plea, or to ask the U.S. attorney office to correct the errors of unconstitutional enhancements included on my plea agreement.

I asked him numerous times to visit me at the jail, but he refuses to do so. I feel that he doesn't have my best interest on my therefore creating an conflict of interest.

Thank You
Khaled Obei
# 14-164-424

I Pray this Honorable Court will grant my request.