# United States District Court

## Northern District of Illinois
Eastern Division

OBEID                                          **JUDGMENT IN A CIVIL CASE**

             v.                                                    Case Number: 08 C 1016

USA

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that . The petition for relief under § 2255 is denied. This case is dismissed in its entirety.

                                                         Michael W. Dobbins, Clerk of Court

Date: 2/29/2008                                      _____
                                                           /s/ J. Smith, Deputy Clerk