# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1016 | **DATE** | April 10, 2008 |
| **CASE TITLE** | *Obeid v. United States* | | |

**DOCKET ENTRY TEXT:**

Mr. Obeid's motion for issuance of a certificate of appealability [#7] is denied. With respect to Mr. Obeid's appeal from the denial of § 2255 relief, the court notes that it must consider any requests for leave to proceed in forma pauperis on appeal in the first instance. This means that if Mr. Obeid wishes to seek leave to proceed on appeal in forma pauperis, he must file a appropriately supported motion with this court, as opposed to the appellate court.

■ [ For further details see text below.]

## STATEMENT

     Under 28 U.S.C. § 2253(c)(2): "(1) [a] certificate of appealability may be issued only if the prisoner has at least one substantial constitutional question for appeal; (2) [t]he certificate must identify each substantial constitutional question; (3) [i]f there is a substantial constitutional issue, and an antecedent non-constitutional issue independently is substantial, then the certificate may include that issue as well; (4) [a]ny substantial non-constitutional issue must be identified specifically in the certificate; [and] (5) [i]f success on a non-constitutional issue is essential (compliance with the statute of limitations is a good example), and there is no substantial argument that the district judge erred in resolving the non-constitutional question, then no certificate of appealability should issue even if the constitutional question standing alone would have justified an appeal." *Davis v. Borgen*, 349 F.3d 1027, 1029 (7th Cir. 2003). Moreover, when the court rejects a petitioner's constitutional claims on the merits, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessments of the constitutional claims debatable or wrong" or that "the issues presented were "adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citations omitted).

     Here, Mr. Obeid seeks to challenge the court's disposition of his ineffective assistance claim. For the reasons set forth in the court's February 29, 2008, order, the court finds that Mr. Obeid has failed to establish that this case presents a substantial constitutional issue. Accordingly, his motion for a certificate of appealability is denied.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|