UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       v.<br><br>KHALED OBEID | )<br>)   No. 08 C 1016<br>)<br>)   Judge Blanche M. Manning<br>) |

ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ Marsha A. McClellan
MARSHA A. McCLELLAN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-2814

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

ATTORNEY DESIGNATION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on May 9, 2008, to the following non-ECF filers:

Khaled Obeid
#14164-424
P.O. Box 10
Lisbon, OH 44432

                                              s/ Marsha A. McClellan
                                              MARSHA A. McCLELLAN
                                              Assistant United States Attorney
                                              219 South Dearborn Street
                                              Chicago, Illinois 60604
                                              (312) 353-2814