**FILED**
**JUNE 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 2, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2361
>
> Caption:
> KHALED OBEID,
> Petitioner - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,
> Respondent - Appellee
>
> District Court No: 1:08-cv-01016
> Court Reporter P. Mullen
> Clerk/Agency Rep Michael Dobbins
> District Judge Blanche Manning
>
> Date NOA filed in District Court: 03/18/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)