**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

June 6, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA vs. Khaled Obeid

U.S.D.C. DOCKET NO. : 08cv1016

U.S.C.A. DOCKET NO. : 08-2361

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                **One Vol. Of Pleadings**

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
A. Rone, Deputy Clerk

I, **MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: USA vs. Khaled Obeid.

USDC NO.   : 08cv1016

USCA NO.   : 08-2361

        IN TESTIMONY WHEREOF, I hereunto subscribed my name
        and affixed the seal of the aforesaid Court at Chicago, Illinois,
        this 6th day of June, 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
          A. Rone, Deputy Clerk

APPEAL, TERMED, VALDEZ

# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01016
### *Internal Use Only*

United States Of America v. Obeid
Assigned to: Honorable Blanche M. Manning
Case in other court: 08-02361
Cause: 28:2255 Remedies on motion attacking sentence

Date Filed: 02/19/2008
Date Terminated: 02/29/2008
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**United States Of America**  represented by **Marsha A. McClellan**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Fax: (312) 353-4324
Email: marsha.mcclellan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Khaled Obeid**  represented by **Khaled Obeid**
#14164-424
NEOCC
North East Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44501
PRO SE

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/19/2008 | 1 | 3 | MOTION to vacate, set aside or correct sentence and no copies filed by |

| | | | |
|---|---|---|---|
| | | | defendant Khaled Obeid. (02cr38-2) (vmj, ) (Entered: 02/20/2008) |
| 02/19/2008 | 2 | 36 | CIVIL Cover Sheet (vmj, ) (Entered: 02/20/2008) |
| 02/19/2008 | 3 | 37 | AFFIDAVIT of Khaled Obeid.(vmj, ) (Entered: 02/20/2008) |
| 02/19/2008 | 4 | | POST MARKED envelope for initiating document by Khaled Obeid (Document not scanned) (aew, ) (Entered: 02/21/2008) |
| 02/29/2008 | 5 | 41 | MINUTE entry before Judge Blanche M. Manning :. Obeid has filed a pro se § 2255 motion. Pursuant to Rule 4 of the Rules Governing § 2255 Proceedings, the court's preliminary review indicates that Mr. Obeid's motion plainly shows that he is not entitled to relief. The court thus denies his request for relief under § 2255. All other pending motions are denied as moot, and the clerk is directed to terminate this case from the court's docket. Civil case terminated. Mailed notice (jms, ) (Entered: 02/29/2008) |
| 02/29/2008 | 6 | 44 | ENTERED JUDGMENT Mailed notice(jms, ) (Entered: 02/29/2008) |
| 03/18/2008 | 7 | 45 | APPLICATION by Defendant Khaled Obeid for certificate of appealability. (air, ) (Entered: 03/20/2008) |
| 03/18/2008 | 2 | | POST MARKED envelope for notice of appeal by Khaled Obeid (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 03/18/2008 | 11 | 54 | NOTICE of appeal by Khaled Obeid, fee waived. (Document construed as Notice of Appeal per USCA request) (air, ) Modified on 6/2/2008 (air, ). (Entered: 06/02/2008) |
| 04/10/2008 | 8 | 51 | MINUTE entry before Judge Honorable Blanche M. Manning: Mr. Obeids motion for issuance of a certificate of appealability 7 is denied. With respect to Mr. Obeids appeal from the denial of § 2255 relief, the court notes that it must consider any requests for leave to proceed in forma pauperis on appeal in the first instance. This means that if Mr. Obeid wishes to seek leave to proceed on appeal in forma pauperis, he must file a appropriately supported motion with this court, as opposed to the appellate court.Mailed notice (rth, ) (Entered: 04/10/2008) |
| 05/09/2008 | 10 | 52 | DESIGNATION of Marsha A. McClellan as U.S. Attorney for Plaintiff United States Of America (McClellan, Marsha) (Entered: 05/09/2008) |
| 06/02/2008 | 12 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 11 . Notified counsel (air, ) (Entered: 06/02/2008) |
| 06/03/2008 | 13 | | ACKNOWLEDGMENT of receipt of short record on appeal regarding notice of appeal 11 ; USCA Case No. 08-2361. (vmj, ) (Entered: 06/04/2008) |
| 06/04/2008 | 14 | | CIRCUIT Rule 3(b) Notice (vmj, ) (Entered: 06/06/2008) |

KEY:
All Circled items are included in record on appeal
All S/C items are sent under separate cover
All N/A items are not available
All / items are not sent with record on appeal