UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 18 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| KHALED OBEID, | ) |
|     Petitioner-Appellant, | ) Dist. Court No. 1:08-cv-01016 |
| vs. | ) Court Appeals No. 08-2361 |
| | ) Dist. Judge Blanche Manning |
| UNITED STATES OF AMERICA, | ) |
|     Respondent-Appellee. | ) |

### MOTION FOR LEAVE TO APPEAL
### IN FORMA PAUPERIS

NOW COMES, the Petitioner-Appellant, Khaled Obeid, acting pro se, and respectfully moves, pursuant to 28 U.S.C. § 1915, for an order granting leave to appeal *in forma pauperis* from the District Court's order denying Obeid's motion for relief pursuant to 28 U.S.C. § 2255, entered on 2/19/2008, and from the order denying certificate of appealability entered on 4/10/2008, without prepayment of cost and fees, and without giving security therefor.

The attached Affidavit is filed in support of this motion.

Respectfully submitted,

Date: 6/8/08

Khaled Obeid
Reg. No. 14164-424
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505