

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit**



FILED
JUN 1 8 2008
Jun 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Khaled Obeid,<br>   Petitioner-Appellant, | ) | Appeal from the United States District Court for the<br>__Northern__ District of __Illinois__ |
| v.  Case No. __08-2361__ | )<br>)<br>) | District Court No. __1:08-cv-01016__ |
| United States of America,<br>   Respondent-Appellee. | )<br>) | District Court Judge __Blanche Manning__ |

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: ___/s/ Khaled Obeid___

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: __6/8/08__

**My issues on appeal are:** (1) Ineffective assistance of counsel for failure to failure to request an interpreter during plea negotiations when there was a disabling language barrier between counsel and defendant;

(to be continued on page attached 1A ...)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $19.00 | $0 | $19.00 | $0 |
| Self-employment | $0 | $0 | $0 | $0 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interest and dividends | $0 | $0 | $0 | $0 |
| Gifts | $300. | $0 | $300. | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 | $0 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): __None__ | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $319. | $0 | $319 | $0 |

(2) Ineffective assistance of counsel for failure to research criminal history before plea negotiations;

(3) Ineffective assistance of counsel for misinterpreting the law during the plea negotiations; and

(4) Plea of guilty to count one and nine was not made knowingly, intelligently, and voluntarily.

1-A

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Harlem Motor | 7358 S. Harlem | 2000-01 | $5,000. |
|  |  |  |  |
|  |  |  |  |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $ 128.60
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NEOCC | Prison Account | 128.60 | N/A |
|  |  |  |  |
|  |  |  |  |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| None | None | Make & year: None |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration # N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration # N/A | N/A | N/A |

2

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | None | None |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Dena obeid | Daughter | 16 |
| Dania Obeid | Daughter | 14 |
| Jenna Obeid | Daughter | 7 |
| Ema | Ex-wife | 33 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [ ] Yes [ ] No Is property insurance included? [ ] Yes [ ] No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle expenses | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ 0 | $ 0 |

3

| | | |
|---|---|---|
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor vehicle | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): _____ | $ 0 | $ 0 |
| Department store (name): _____ | $ 0 | $ 0 |
| Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0 | $ 0 |
| Other (specify): Prison expenses: Phone, food, cosmetic, legal material, postage ... | $ 319. | $ 0 |
| Total monthly expenses: | $ 319. | $ 0 |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [X] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $ ___N/A___

If yes, state the attorney's name, address, and telephone number:

N/A

4

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ _____N/A_____

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
    I have been incarcerated since 2002.  The money I get in my prison account need to keep contact with my family and for my prison expenses.

13. State the address of your legal residence.

    Khaled obeid (#14165-424)

    NEOCC  —  2240 Hubbard Rd.

    Youngstown, OH  44505

Your daytime phone number: ( -- ) --- ----

Your age: 45    Your years of schooling: High School in Israel

Your social-security number: 326 76 1633

5

# Inmate Current Running Balance Date Range Report
## Northeast Ohio Correctional Center

Today's Date: 06/06/2008  
Report Spanning: 12/06/2007 - 06/06/2008  
Page 1 of 1

Inmate Name: OBEID, KHALED  Booking#: 1246159  Beginning Balance: 0

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Document Locator # | Running Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 05/08/2008 08:28 | Deposit | 200.00 | MO | MAIL | mysoon obied | 11580986744 | 200.00 | 8254588 | |
| 05/09/2008 10:01 | Withdrawal | -15.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 185.00 | 8261920 | |
| 05/12/2008 08:51 | Withdrawal | -110.30 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 74.70 | 8276157 | |
| 05/12/2008 10:05 | Withdrawal | -20.00 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 54.70 | 8278244 | |
| 05/13/2008 09:27 | Deposit | 180.72 | CK | MAIL | US TREASURY | 33623601 | 235.42 | 8290886 | |
| 05/14/2008 07:18 | Deposit | 50.00 | MO | MAIL | HUSSEIN YOUSEF | 100421307111 | 285.42 | 8299641 | |
| 05/23/2008 08:22 | Withdrawal | -.60 | CE | | NEOCC - copies | | 284.82 | 8409001 | |
| 05/27/2008 12:23 | Withdrawal | -113.10 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 171.72 | 8433130 | |
| 05/28/2008 09:48 | Withdrawal | -1.80 | CE | | NEOCC - copies | | 169.92 | 8442927 | |
| 05/29/2008 09:52 | Withdrawal | -14.69 | PO | | NEOCC - postage | | 155.23 | 8457576 | |
| 05/30/2008 14:03 | Withdrawal | -6.80 | CE | | NEOCC - copies | | 148.43 | 8468992 | |
| 05/30/2008 14:03 | Withdrawal | -.20 | CE | | NEOCC - copies | | 148.23 | 8468999 | |
| 06/02/2008 13:42 | Withdrawal | -138.55 | CO | | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POSTING | 9.68 | 8484841 | |
| 06/02/2008 15:04 | Withdrawal | -.40 | CE | | NEOCC - copies | | 9.28 | 8486534 | |
| 06/05/2008 15:29 | Deposit | 19.32 | JN | | May Pay | | 28.60 | 8524594 | |
| 06/06/2008 10:33 | Deposit | 100.00 | MO | MAIL | M.OBEID | 11580988803 | 128.60 | 8523329 | |

Total Withdrawals this Inmate: -421.44  Total Deposits This Inmate: 550.04  Net Transactions: 128.60

InmateStatementCombined

Page 1 of 2



# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| Inmate Reg #: | 14164424 | | Current Institution: | Elkton FCI |
| Inmate Name: | OBEID, KHALED | | Housing Unit: | ELK-G-B |
| Report Date: | 04/17/2008 | | Living Quarters: | G07-049L |
| Report Time: | 7:41:31 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | 4/15/2008 12:42:59 PM | 84 | | | Sales | ($12.85) | | $220.80 |
| ELK | 4/13/2008 3:53:06 PM | TFN0413 | | | Phone Withdrawal | ($3.00) | | $233.65 |
| ELK | 4/13/2008 3:36:58 PM | TFN0413 | | | Phone Withdrawal | ($2.00) | | $236.65 |
| ELK | 4/10/2008 3:00:26 PM | TFN0410 | | | Phone Withdrawal | ($2.00) | | $238.65 |
| ELK | 4/10/2008 12:49:20 PM | 86 | | | Sales | ($20.35) | | $240.65 |
| ELK | 4/10/2008 8:49:51 AM | HIPP0308 | | | Payroll - IPP | $27.00 | | $261.00 |
| ELK | 4/5/2008 10:33:59 PM | TFN0405 | | | Phone Withdrawal | ($2.00) | | $234.00 |
| ELK | 4/4/2008 3:20:23 PM | TFN0404 | | | Phone Withdrawal | ($2.00) | | $236.00 |
| ELK | 4/2/2008 12:04:17 PM | TFN0402 | | | Phone Withdrawal | ($2.00) | | $238.00 |
| ELK | 3/29/2008 7:56:41 AM | TFN0329 | | | Phone Withdrawal | ($3.00) | | $240.00 |
| ELK | 3/28/2008 12:14:44 PM | TFN0328 | | | Phone Withdrawal | ($2.00) | | $243.00 |
| ELK | 3/27/2008 10:56:56 AM | TFN0327 | | | Phone Withdrawal | ($2.00) | | $245.00 |
| ELK | 3/24/2008 5:37:04 PM | TFN0324 | | | Phone Withdrawal | ($2.00) | | $247.00 |
| ELK | 3/22/2008 7:35:30 PM | TFN0322 | | | Phone Withdrawal | ($2.00) | | $249.00 |
| ELK | 3/22/2008 12:35:42 PM | TFN0322 | | | Phone Withdrawal | ($1.00) | | $251.00 |
| ELK | 3/21/2008 12:27:03 PM | TFN0321 | | | Phone Withdrawal | ($2.00) | | $252.00 |
| ELK | 3/20/2008 11:50:34 AM | 75 | | | Sales | ($34.50) | | $254.00 |
| ELK | 3/19/2008 8:40:11 PM | TFN0319 | | | Phone Withdrawal | ($2.00) | | $288.50 |
| ELK | 3/16/2008 9:24:20 PM | TFN0316 | | | Phone Withdrawal | ($2.00) | | $290.50 |
| ELK | 3/16/2008 3:53:36 PM | TFN0316 | | | Phone Withdrawal | ($2.00) | | $292.50 |
| ELK | 3/15/2008 10:19:22 PM | TFN0315 | | | Phone Withdrawal | ($1.00) | | $294.50 |
| ELK | 3/15/2008 10:09:15 PM | TFN0315 | | | Phone Withdrawal | ($3.00) | | $295.50 |
| ELK | 3/15/2008 2:00:28 PM | TFN0315 | | | Phone Withdrawal | ($2.00) | | $298.50 |
| ELK | 3/14/2008 3:56:16 PM | TFN0314 | | | Phone Withdrawal | ($1.00) | | $300.50 |
| ELK | 3/14/2008 12:48:37 PM | TFN0314 | | | Phone Withdrawal | ($2.00) | | $301.50 |
| ELK | 3/13/2008 12:29:30 PM | TFN0313 | | | Phone Withdrawal | ($2.00) | | $303.50 |
| ELK | 3/10/2008 4:38:14 PM | TFN0310 | | | Phone Withdrawal | ($1.00) | | $305.50 |
| ELK | 3/10/2008 8:40:17 AM | HIPP0208 | | | Payroll - IPP | $27.00 | | $306.50 |
| ELK | 3/9/2008 1:41:33 PM | TFN0309 | | | Phone Withdrawal | ($1.00) | | $279.50 |
| ELK | 3/7/2008 3:48:49 PM | TFN0307 | | | Phone Withdrawal | ($2.00) | | $280.50 |
| ELK | 3/5/2008 12:20:11 PM | 68 | | | Sales | ($1.85) | | $282.50 |
| ELK | 3/5/2008 12:08:02 PM | 65 | | | Sales | ($1.50) | | $284.35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELK | 3/5/2008 12:07:22 PM | 64 | | Sales | ($37.05) | $285.85 |
| ELK | 3/5/2008 8:25:21 AM | TFN0305 | | Phone Withdrawal | ($2.00) | $322.90 |
| ELK | 3/2/2008 8:41:51 PM | TFN0302 | | Phone Withdrawal | ($2.00) | $324.90 |
| ELK | 3/2/2008 6:12:45 PM | 33311108 | | Western Union | $100.00 | $326.90 |
| ELK | 3/2/2008 5:12:31 PM | 33311108 | | Western Union | $100.00 | $226.90 |
| ELK | 3/1/2008 4:38:38 PM | TFN0301 | | Phone Withdrawal | ($1.00) | $126.90 |
| ELK | 3/1/2008 9:09:12 AM | TFN0301 | | Phone Withdrawal | ($2.00) | $127.90 |
| ELK | 2/29/2008 10:14:57 PM | TFN0229 | | Phone Withdrawal | ($1.00) | $129.90 |
| ELK | 2/29/2008 7:11:17 PM | TFN0229 | | Phone Withdrawal | ($1.00) | $130.90 |
| ELK | 2/29/2008 12:53:20 PM | TFN0229 | | Phone Withdrawal | ($2.00) | $131.90 |
| ELK | 2/28/2008 7:17:38 PM | TFN0228 | | Phone Withdrawal | ($2.00) | $133.90 |
| ELK | 2/28/2008 7:05:33 PM | TFN0228 | | Phone Withdrawal | ($1.00) | $135.90 |
| ELK | 2/27/2008 10:23:32 PM | TFN0227 | | Phone Withdrawal | ($2.00) | $136.90 |
| ELK | 2/26/2008 11:10:30 PM | TFN0226 | | Phone Withdrawal | ($2.00) | $138.90 |
| ELK | 2/26/2008 9:53:44 AM | TFN0226 | | Phone Withdrawal | ($10.00) | $140.90 |
| ELK | 2/25/2008 6:15:37 PM | 33310608 | | Western Union | $150.00 | $150.90 |
| ELK | 2/24/2008 8:51:08 PM | TFN0224 | | Phone Withdrawal | ($1.00) | $0.90 |
| ELK | 2/24/2008 10:11:39 AM | TFN0224 | | Phone Withdrawal | ($1.00) | $1.90 |

1 2 3 4 5 6

**Total Transactions: 280**

                            **Totals:**    **$64.80**    **$0.00**

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ELK | $220.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $220.80 |
| **Totals:** | **$220.80** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$220.80** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,252.00 | $1,071.80 | $100.39 | $290.50 | $240.98 | N/A | N/A |

## CERTIFICATE OF SERVICE

I, Khaled Obeid, certify that I served a copy of the attached motion and affidavit on U.S. Attorney for the Northern District of Illinois, 219 South Dearborn Street, Room 500, Chicago, Illinois, 60604, first class mail, postage prepaid, on June 8, 2008.

_____
Khaled Obeid