# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1016 | **DATE** | July 8, 2008 |
| **CASE TITLE** | *Obeid v. United States* | | |

**DOCKET ENTRY TEXT:**

Mr. Obeid's motion for leave to proceed in forma pauperis on appeal [#17] is granted. The clerk is directed to forward a copy of this order to the Seventh Circuit.

■ [ For further details see text below.]  Docketing to Mail Notices

## STATEMENT

    Mr. Obeid seeks leave to proceed in forma pauperis on appeal. The court previously denied his request for a certificate of appealability, finding that Mr. Obeid's appeal does not present a substantial constitutional issue that jurists of reason would find debatable. The Prison Litigation Reform Act's partial filing fee scheme does not apply to requests for federal collateral relief under 28 U.S.C. § 2255. *Walker v. O'Brien*, 216 F.3d 626, 633-37 (7th Cir. 2000). To proceed in forma pauperis, Mr. Obeid must establish that "a reasonable person could suppose that the appeal has some merit." *Id*. at 632. In addition, an appeal may not proceed in forma pauperis unless it is taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Walker v. O'Brien*, 216 F.3d at 632 (an appeal is taken in good faith if a reasonable person could suppose that it has some merit, which is a less demanding standard than that used to determine if a certificate of appealability should issue).

    Here, while the court has found that Mr. Obeid's appeal does not present a substantial constitutional issue that jurists of reason would find debatable, Mr. Obeid's position is not frivolous. Moreover, despite the fact that Mr. Obeid is a prisoner and thus is not responsible for providing the necessities of life for himself, the record shows that he is indigent and unable to pay the appellate filing fee. Accordingly, Mr. Obeid's motion for leave to proceed in forma pauperis on appeal is granted.

| | Courtroom Deputy Initials: | RTH/c |
|---|---|---|